NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000106
11-AUG-2016
08:35 AM

NO. CAAP-16-0000106

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PNC BANK, NATIONAL ASSOCIATION, Plaintiff-Appellee, v.
DAVID DALE GOODWIN, Defendant-Appellant, and
DOES 1 through 20, inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0478-02)

ORDER APPROVING THE JULY 29, 2016
"STIPULATION FOR DISMISSAL WITH PREJUDICE"
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation For Dismissal
With Prejudice" (Stipulation) filed on July 29, 2016 by
Defendant-Appellant David Dale Goodwin, and the records and files
herein, it appears that the parties seek dismissal of the appeal,
the appeal has been docketed, and as such Rule 42(b) of the
Hawai'i Rules of Appellate Procedure applies. Therefore,

IT IS HEREBY ORDERED that the Stipulation is approved,
and the appeal is dismissed, with the parties to bear their own
appellate fees and costs, if any.

DATED: Honolulu, Hawai'i, August 11, 2016.

Chief Judge

Associate Judge

Associate Judge